**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

*FILED IN CLERK'S OFFICE*
*U.S.D.C.-Atlanta*

*JUL 2 0 2005*

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 1:98-CR-432 JTC |
| ALLA KASHPERKO | : |

GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

The United States of America, by and through the United States Attorney for the Northern District of Georgia, hereby moves to dismiss all counts of the Superseding Indictment, filed January 19, 1999, as to defendant Alla Kashperko, and the warrant issued for arrest on January 20, 1999 due to the unavailability of witnesses after the passage of time, and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _Russell G. Vineyard_
RUSSELL G. VINEYARD
ASSISTANT UNITED STATES ATTORNEY
(404)581-6073
(404)581-6181 (Fax)

Georgia Bar No. 727890

ORDER

Now, to-wit, on the _10_ day of _July_, 2005, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE

Form USA 40-19-12
(Rev. 3/88)